U.S.C. § PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*: CR 98-23-4

**DOCKET NUMBER** *(Rec. Court)*:

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:** DEWAYNE SHEARS

*[Stamped: JUDGE KENDALL / 07CR 741 / MAGISTRATE JUDGE SCHENKIER]*

**DISTRICT:** NORTHERN DISTRICT OF IOWA

**DIVISION:**

**NAME OF SENTENCING JUDGE:** The Honorable Mark W. Bennett, U.S. District Court Judge

**DATES OF PROBATION/SUPERVISED RELEASE:** FROM 2/16/2007 TO 2/15/2017

**OFFENSE**

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Crack Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF IOWA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Date: 10-11-07  
*[signature]* United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: OCT 2 9 2007  
*[signature]* United States District Judge

FILED  
11-8-07  
NOV 0 8 2007  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT