| U.S.C. § PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** RECEIVED OCT 19 2007 | DOCKET NUMBER *(Tran. Court)* CR 98-23-4 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: DEWAYNE SHEARS | DISTRICT NORTHERN DISTRICT OF IOWA | DIVISION |
| JUDGE KENDALL 07CR 741 MAGISTRATE JUDGE SCHENKIER | NAME OF SENTENCING JUDGE The Honorable Mark W. Bennett, U.S. District Court Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/16/2007 | TO 2/15/2017 |

OFFENSE

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Crack Co...

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF IOWA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

FILED
11-26-07
NOV 26 2007

10-11-07
*Date*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT    *United States District Judge*

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office. WITNESS my hand and seal of said Court this 19 day of NOV 2007

Robert L. Phelps, Clerk
By _____
Deputy

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 29 2007
*Effective Date*

James F. Holderman
*United States District Judge*

RECEIVED

NOV 08 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A TRUE COPY ATTEST
MICHAEL W. DOBBINS, CLERK
BY
DEPUTY CLERK
DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE NOV 14 2007



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
November 14, 2007

MICHAEL W. DOBBINS                                          312-435-5698

Mr. Robert L. Phelps II, Clerk
United States District Court
Federal Building and United States
Courthouse, 3rd Floor
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

Dear Clerk:

**Re:  CR 98-23-4 -  USA v. Dewayne Shears - Judge Mark W. Bennett**

Our Case Number:   07 CR 741 - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:

Marsha E. Glenn
Deputy Clerk

Enclosure

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Mr Robert L. Phelps II, Clerk
United States District Court
Federal Building and United States
Courthouse, 3rd Floor
101 First Street S.E.
Cedar Rapids, IA 52401-1202

US POSTAGE

## Transfer Documents
### 1:98-cr-00023-MWB USA v. Thurmon, et al **CASE CLOSED on 04/11/2001**

### U.S. District Court

### Northern District of Iowa

### Notice of Electronic Filing

The following transaction was entered on 11/19/2007 at 2:45 PM CST and filed on 11/19/2007
**Case Name:**  USA v. Thurmon, et al
**Case Number:** 1:98-cr-23
**Filer:**
**Document Number:** 510

**Docket Text:**
Probation Jurisdiction Transferred to Northern District of Illinois as to Defendant De Wayne Shears Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (copy to USP) (de)

**1:98-cr-23-4 Notice has been electronically mailed to:**

Alfredo G Parrish     aparrish@parrishlaw.com, ekilstrom@parrishlaw.com, jwignall@parrishlaw.com, shill@parrishlaw.com

Patrick J Reinert     pat.reinert@usdoj.gov, usaian.ecfcrimcr@usdoj.gov

Raphael M Scheetz     scheetzlaw@aol.com

Daniel C Tvedt     dan.tvedt@usdoj.gov, usaian.ecfcrimcr@usdoj.gov

**1:98-cr-23-4 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=11/19/2007] [FileNumber=517463-0
] [c3d03380e502f4fbaa1f4bc44296352b0d5a3ed47dfd8d42a0082e2ee9d5e447439
02eaaf1cc7247794f2575be5ebb1f471c58446796bd1ec53992c57e827a31]]

CLOSED, REASSIGNED

# U.S. District Court
## Northern District of Iowa (Cedar Rapids)
### CRIMINAL DOCKET FOR CASE #: 1:98-cr-00023-LRR-4
#### Internal Use Only

Case title: USA v. Thurmon, et al
Other court case number: 1:98-cr-001690752 INTERIN

Date Filed: 03/16/1998
Date Terminated: 03/04/1999

Assigned to: Chief Judge Linda R
Reade
Referred to: Chief Magistrate John A
Jarvey

The above is a true copy.
ATTEST: Robert L. Phelps, Clerk

By: _____

**Defendant**

**De Wayne Shears** (4)
*a/k/a Quaker*
*TERMINATED: 03/04/1999*

represented by **Brad V Driscoll**
4101 Whiteford Court, NE
Cedar Rapids, IA 52411-7788
*TERMINATED: 03/04/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Raphael M Scheetz**
Scheetz Law Office
1921 51st Street NE
**ECF
Cedar Rapids, IA 52402-2460
319 378 7416
Fax: 393 4000
Email: scheetzlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE
(4)

**Disposition**

180 mons impr; 10 yrs supervised
release; $100 special assessment.
AMENDED JUDGMENT: 122 months
on Count 4 of the Indictment; 10 years
supervised release on Count 4 of the
Indictment; $100 special assessment
(paid)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

**Plaintiff**

**United States of America**                 represented by  **Daniel C Tvedt**
                                                            US Attorney's Office
                                                            401 First Street SE
                                                            Hach Building, Suite 400
                                                            **ECF
                                                            Cedar Rapids, IA 52401-1825
                                                            319 363 0091
                                                            Fax: 363 1990
                                                            Email: dan.tvedt@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Patrick J Reinert**
                                                            US Attorney's Office
                                                            Northern District of Iowa
                                                            401 First Street SE
                                                            Hach Building, Suite 400
                                                            **ECF
                                                            Cedar Rapids, IA 52401-1825
                                                            319 363 0091
                                                            Fax: 363 1990
                                                            Email: pat.reinert@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 02/23/1998 | 173 | NOTICE of present intention to file 5K1.1 motion by plaintiff USA as to defendant De Wayne Shears frmemp (Entered: 02/24/1999) |
| 03/16/1998 | 1 | INDICTMENT by USA Counts filed against Eararick Thurmon (1) count(s) 4, Deea Maxwell (2) count(s) 4, Iassac White (3) count(s) 4, De Wayne Shears (4) count(s) 4, Freida Harris (5) count(s) 2, 3, 4, Michael Burns (6) count(s) 1, 4 frmemp (Entered: 03/17/1998) |
| 03/16/1998 | 5 | PRAECIPE for Warrant to Marshal for svc for De Wayne Shears frmemp (Entered: 03/17/1998) |
| 03/16/1998 | 8 | ORDER by Chief Mag Judge John A. Jarvey sealing case til arrest of first deft (cc: all counsel, USM,USP,C/R) frmemp (Entered: 03/17/1998) |
| 03/17/1998 | | MAILED this date Judge's file folder to Judge Bennett, Sioux City, IA Seal (Entered: 03/17/1998) |
| 03/18/1998 | | (Court only) Docket Modification (Utility) case unsealed Seal (Entered: 03/20/1998) |
| 03/19/1998 | 18 | TRIAL SCHEDULING AND MANAGEMENT ORDER by Chief Mag Judge John A. Jarvey: jury trial set for 9:00 6/1/98 before Judge Bennett, Cedar Rapids, IA for Deea Maxwell, for Freida Harris, for Michael Burns; final pretrial conference set for 8:00 am 6/1/98 (cc: all counsel,USM,USP) frmemp (Entered: 03/20/1998) |
| 03/24/1998 | 22 | ORDER FOR APPOINTMENT OF COUNSEL by Chief Mag Judge John A. Jarvey-FPD appearing only for arraignment or IA. as to Deea Maxwell (cc:USA,FPD) DGE Modified on 04/01/1998 (Entered: 03/24/1998) |
| 03/24/1998 | 23 | ORDER FOR APPOINTMENT OF COUNSEL by Chief Mag Judge John A. Jarvey - FPD appointed for arr. or IA only as to Freida Harris (cc: FPD,USA) DGE Modified on 04/01/1998 (Entered: 03/24/1998) |
| 03/24/1998 | 24 | ORDER for appointment of counsel by Chief Mag Judge John A. Jarvey - FPD appointed for arr. or IA only as to Michael Burns (cc:FPD,USA) DGE Modified on 04/01/1998 (Entered: 03/24/1998) |
| 03/27/1998 | 26 | ORDER by Judge Mark W. Bennett granting motion for stay and revocation of release order [25-1] as to Eararick Thurmon (cc: all counsel, USM,USP,USDC-IL) MAP Modified on 04/01/1998 (Entered: 03/27/1998) |
| 03/27/1998 | 27 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey , dft De Wayne Shears arraigned; NOT GUILTY plea entered; FPD Paul Papak present; FPD has conflict, need aptmt from panel frmemp (Entered: 03/30/1998) |
| 03/27/1998 | | (Court only) frmemp (Entered: 03/30/1998) |
| 03/30/1998 | 29 | CJA Form 20 (Appointment of Counsel); defendant De Wayne Shears attorney, Brad V Driscoll, has been appointed (mail CJA20 w/attachment and copy of file) frmemp (Entered: 03/30/1998) |

| 03/30/1998 | 30 | WARRANT w/Marshal's return executed as to defendant De Wayne Shears ; defendant arrested on 3/18/98 frmemp (Entered: 03/31/1998) |
| --- | --- | --- |
| 04/01/1998 | 32 | ORDER FOR APPOINTMENT OF COUNSEL by Chief Mag Judge John A. Jarvey - FPD appointed for arr only as to De Wayne Shears (cc: USA,FPD) DGE Modified on 04/01/1998 (Entered: 04/01/1998) |
| 04/03/1998 | 34 | APPEARANCE for defendant De Wayne Shears by Attorney Brad Driscoll frmemp (Entered: 04/03/1998) |
| 04/03/1998 | 35 | NOTICE arraignment set for 8:30 4/8/98 before Judge Melloy for Eararick Thurmon (cc: all counsel,USM,USP,C/R) frmemp (Entered: 04/03/1998) |
| 04/06/1998 | 37 | MOTION to strike surplusage by De Wayne Shears assigned to Chief Mag Judge John A. Jarvey frmemp (Entered: 04/06/1998) |
| 04/07/1998 | 38 | ORDER OF REFERRAL by Judge Mark W. Bennett-Referring to Judge Jarvey the Appl. for Immediate Withdrawal of Stay Order Detaining Deft for Report and Recommendation. (cc: all counsel) DGE (Entered: 04/07/1998) |
| 04/08/1998 | 41 | RULE 40 Documents received from District of No IL as to defendant De Wayne Shears frmemp (Entered: 04/08/1998) |
| 04/08/1998 | 42 | NOTICE of detention hearing set for 9:00 4/16/98 before Mag Judge Jarvey for Eararick Thurmon (cc: all counsel,USM,USP,C/R) frmemp (Entered: 04/08/1998) |
| 04/08/1998 | 43 | RESISTANCE by plaintiff USA to motion to strike surplusage [37-1] as to De Wayne Shears frmemp (Entered: 04/09/1998) |
| 04/09/1998 | 44 | MEMORANDUM by plaintiff USA in support of resistance to deft DeWayne Shears motion to strike surplusage [37-1] frmemp (Entered: 04/09/1998) |
| 04/09/1998 | 45 | TRANSCRIPT of preliminary hearing before the Honorable Magistrate Judge Rebecca R. Pallmeyer from No Dist of IL (Chicago) held 3/18/98 as to Earrick Thurmon frmemp (Entered: 04/09/1998) |
| 04/10/1998 | 46 | MOTION for revocation &/or amendment to detention order by De Wayne Shears assigned to Judge Bennett frmemp Modified on 07/07/1998 (Entered: 04/10/1998) |
| 04/10/1998 | 47 | EXHIBITS 1-6 by plaintiff USA as to Eararick Thurmon frmemp (Entered: 04/14/1998) |
| 04/10/1998 | | (Court only) Docket Modification (Utility) as to defendant De Wayne Shears referring to Judge Mark W. Bennett the motion for revocation &/or amendment to detention order [46-1] frmemp (Entered: 07/07/1998) |
| 04/13/1998 | 48 | MOTION for aptmt of counsel by De Wayne Shears pro se assigned to Chief Mag Judge John A. Jarvey frmemp (Entered: 04/14/1998) |

| 04/13/1998 | 49 | RESISTANCE by plaintiff USA to motion for revocation &/or amendment to detention order [46-1] as to De Wayne Shears frmemp (Entered: 04/14/1998) |
|---|---|---|
| 04/16/1998 | 54 | EX PARTE ORDER by Chief Mag Judge John A. Jarvey granting motion for expert services as to Michael Burns [36-1] (see text) (cc: deft counsel) DGE Modified on 04/17/1998 (Entered: 04/16/1998) |
| 04/20/1998 | 56 | ORDER by Magistrate Judge Paul A. Zoss ; TELEPHONIC HEARING on Motion for App't of Counsel set for 9:00 5/5/98 for De Wayne Shears (cc: all counsel) DGE (Entered: 04/20/1998) |
| 04/21/1998 | 60 | MEMORANDUM by plaintiff USA in support of resistance to deft Deea Maxwell's motion to strike surplusage [53-1] frmemp (Entered: 04/21/1998) |
| 04/27/1998 | 62 | MOTION to continue trial & times for filing pretrial motions by deft by De Wayne Shears assigned to Chief Mag Judge John A. Jarvey frmemp (Entered: 04/27/1998) |
| 05/04/1998 | 69 | ORDER by Chief Mag Judge Jarvey denying motion for discovery & inspection, disclosure of exculpatory evidence & notice to govt of exculpatory evidence requested concerning informants, operatives & cooperating individuals as to Eararick Thurmon [64-1], denying motion to strike surplusage as to deft Maxwell [53-1], denying motion for aptmt of counsel as to deft Shears [48-1], denying motion to strike surplusage as to deft Shears [37-1]; granting motion for continuance of trial date & extension of trial scheduling & management order dated 3/19/98 (Request for Hearing) as to deft Thurmon [66-1], granting motion to continue trial & times for filing pretrial motions by deft as to deft Shears [62-1], setting hearing on motion for revocation of pretrial release [58-1] for 1:30 5/6/98 for Freida Harris, for USA in Cedar Rapids, IA before Mag Judge Jarvey; granting motion to enlarge time for filing of pretrial motions as to deft Maxwell [52-1], granting motion to extend time for filing pretrial motions & notices as to deft Harris [50-1] pretrial motions deadline 5/18/98; JURY TRIAL set for 9:00 7/6/98 before Judge Bennett in Cedar Rapids, IA for Eararick Thurmon, for Deea Maxwell, for De Wayne Shears, Freida Harris, for Michael Burns, for USA (cc: all counsel,USM,USP) frmemp Modified on 05/05/1998 (Entered: 05/05/1998) |
| 05/05/1998 | 70 | CLERK'S COURT MINUTES: on motion for new counsel as to defendant De Wayne Shears before Magistrate Judge Paul A. Zoss COURT REPORTER Cindy Froley frmemp (Entered: 05/05/1998) |
| 05/05/1998 | 71 | ORDER by Magistrate Judge Paul A. Zoss as to defendant De Wayne Shears; deft Shears w/drew his motion for new counsel during telephonic hearing; therefore, the motion is denied as moot (cc: all counsel) frmemp (Entered: 05/05/1998) |
| 05/14/1998 | 74 | ORDER by Chief Mag Judge John A. Jarvey as to defendant De Wayne Shears regarding [46-1]; that counsel for the deft is authorized to obtain a |

|  |  | transcript of the detention proceedings at govt expense (cc: all counsel w/CJA 24) MAP (Entered: 05/14/1998) |
|---|---|---|
| 05/21/1998 | 83 | MOTION to continue trial pending resolution of 18:3145(b) Detention Issue and NOTICE of Transcript Ordered by De Wayne Shears assigned to Clerk DGE (Entered: 05/21/1998) |
| 05/21/1998 | 86 | ENHANCEMENT INFORMATION charging prior convictions by USA as to De Wayne Shears MAP (Entered: 05/21/1998) |
| 05/29/1998 | 91 | ORDER by Magistrate Judge Paul A. Zoss as to defendant De Wayne Shears granting motion to continue trial [83-1] JURY TRIAL set for 9:00 9/28/98 for Eararick Thurmon, for Deea Maxwell, for Iassac White, for De Wayne Shears, for Freida Harris, for Michael Burns, for USA w/Judge Bennett Cedar Rapids, IA; pretrial motions deadline continued to 7/28/98 (cc: all counsel,USM,USP) frmemp (Entered: 05/29/1998) |
| 06/04/1998 |  | MAILED this date copy of detention transcript held 5/19/98 to Judge Bennett, Sioux City, IA frmemp (Entered: 06/04/1998) |
| 07/07/1998 | 99 | STIPULATED DISCOVERY ORDER by Chief Mag Judge John A. Jarvey as to De Wayne Shears (cc: all counsel) frmemp (Entered: 07/07/1998) |
| 07/31/1998 | 114 | RESPONSE by defendant De Wayne Shears to order to produce detention hearing transcript in support of RE: motion for revocation &/or amendment to detention order [46-1] by defendant frmemp (Entered: 07/31/1998) |
| 08/26/1998 | 116 | ORDER by Chief Mag Judge John A. Jarvey as to defendant De Wayne Shears BOND HEARING set for 8:00 8/28/98 for De Wayne Shears (cc: all counsel,USM,USP) frmemp (Entered: 08/27/1998) |
| 08/28/1998 | 117 | CLERK'S COURT MINUTES W/WITNESS LIST: as to defendant De Wayne Shears before Chief Mag Judge John A. Jarvey denying motion for revocation &/or amendment to detention order [46-1] , BOND HEARING held on 8/28/98; motion for detention granted COURT REPORTER Patrice Murray frmemp Modified on 08/28/1998 (Entered: 08/28/1998) |
| 08/28/1998 | 118 | Motion to set guilty plea by USA as to defendant De Wayne Shears assigned to Judge Mark W. Bennett frmemp (Entered: 08/28/1998) |
| 09/08/1998 | 121 | ORDER by Judge Mark W. Bennett as to defendant De Wayne Shears granting motion to set guilty plea [118-1] PLEA HEARING set for 1:30 9/17/98 for De Wayne Shears w/Judge Bennett 1st flr courtroom (cc: all counsel,USM,USP) DGE (Entered: 09/08/1998) |
| 09/10/1998 | 126 | ORDER by Magistrate Judge Paul A. Zoss as to defendant De Wayne Shears - There are no objections to Deft Shears' marriage, therefore deft may proceed w/marriage. (cc: all counsel,USP) DGE (Entered: 09/10/1998) |

| | | |
|---|---|---|
| 09/15/1998 | 132 | ORDER by Chief Mag Judge John A. Jarvey as to defendant Eararick Thurmon, defendant Deea Maxwell, defendant Iassac White, defendant De Wayne Shears, defendant Freida Harris, defendant Michael Burns, plaintiff USA granting motion to continue trial [128-1] JURY TRIAL continued til further ordered (cc: all counsel,USM,USP) frmemp (Entered: 09/15/1998) |
| 09/16/1998 | 133 | ORDER by Judge Mark W. Bennett as to defendant De Wayne Shears PLEA HEARING RESET for 11:00 9/24/98 for De Wayne Shears w/Judge Bennett Cedar Rapids, Ia (cc: all counsel,USM,USP) frmemp (Entered: 09/17/1998) |
| 11/03/1998 | 150 | ORDER by Judge Mark W. Bennett as to defendant De Wayne Shears PLEA HEARING set for 1:00 11/5/98 for De Wayne Shears Cedar Rapids, IA (cc: all counsel,USM,USP) frmemp (Entered: 11/03/1998) |
| 11/05/1998 | 152 | CLERK'S COURT MINUTES/WITH NOTICE and as to defendant De Wayne Shears before Judge Mark W. Bennett PLEA HEARING held on 11/5/98 , SENTENCING HEARING set for 10:00 2/16/99 for De Wayne Shears , guilty plea entered by De Wayne Shears w/Judge Bennett Cedar Rapids, IA COURT REPORTER Kellee Cortez (cc: all counsel,USM,USP) DGE (Entered: 11/05/1998) |
| 11/09/1998 | 155 | SHORTHAND NOTES of OCR Kellee Cortez constituting official record of Plea on 11/5/98 as to defendant De Wayne Shears frmemp (Entered: 11/09/1998) |
| 11/12/1998 | 159 | SHORTHAND NOTES of OCR Patrice Murray constituting official record of Detention Hearing on Aug. 28, 1998 as to defendant De Wayne Shears DGE (Entered: 11/13/1998) |
| 11/30/1998 | 161 | SECOND RENEWED MOTION to exclude time and set trial by USA as to defendants Thurmon, White, Shears, Harris, Burns assigned to Judge Mark W. Bennett MJJ (Entered: 11/30/1998) |
| 12/08/1998 | 163 | ORDER by Magistrate Judge Paul A. Zoss TELEPHONIC TRIAL SCHEDULING CONFERENCE set for 2:00 pm on 12/22/98; court to initiate the conference call w/Judge Zoss (cc: all counsel) MJJ (Entered: 12/08/1998) |
| 12/22/1998 | 165 | ORDER by Magistrate Judge Paul A. Zoss as to defendant Eararick Thurmon Telephonic Trial Scheduling Conference set for 10:00 1/5/99 for Eararick Thurmon, for Iassac White, for De Wayne Shears, Freida Harris, for Michael Burns w/Judge Paul A. Zoss; the court will initiate the conference call (cc: counsel,USM,USP) MAP (Entered: 12/22/1998) |
| 01/06/1999 | 166 | CLERK'S COURT MINUTES: as to defendant Eararick Thurmon, defendant Iassac White, defendant De Wayne Shears, defendant Freida Harris, defendant Michael Burns before Magistrate Judge Paul A. Zoss TELEPHONIC TRIAL SCHEDULING CONFERENCE HEARING held on 1/6/99 COURT REPORTER none frmemp (Entered: 01/06/1999) |

| 01/07/1999 | 167 | ORDER by Magistrate Judge Paul A. Zoss as to defendant Eararick Thurmon, defendant Iassac White, defendant De Wayne Shears, defendant Freida Harris, defendant Michael Burns granting motion to exclude time and set trial [161-1], granting motion to set trial date [151-1], granting motion to exclude time [151-2], finding the motion for extension of time to file pre-trial motions pursuant to local rule 7.1 [111-1] moot JURY TRIAL set for 9:00 4/19/99 for Eararick Thurmon, for Iassac White, for De Wayne Shears, for Freida Harris, for Michael Burns w/Judge Bennett Cedar Rapids, IA (cc: all counsel,USM,USP) frmemp (Entered: 01/08/1999) |
| 01/14/1999 | | (Court only) Docket Modification (Utility) finding the motion to amend conditions of release [112-1] moot; per Jarvey this granted in doc #138 even though he didn't make mention in this order frmemp (Entered: 01/14/1999) |
| 02/03/1999 | 170 | ORDER by Judge Mark W. Bennett as to defendant De Wayne Shears SENTENCING HEARING RESET for 3:00 2/24/99 for De Wayne Shears w/Judge Bennett Cedar Rapids, IA (cc: all counsel,USM,USP) frmemp (Entered: 02/04/1999) |
| 02/24/1999 | 176 | CLERK'S COURT MINUTES: as to defendant De Wayne Shears before Judge Mark W. Bennett SENTENCING held on 2/24/99 COURT REPORTER Kay Carr frmemp (Entered: 02/25/1999) |
| 03/04/1999 | 179 | JUDGMENT as to De Wayne Shears sentencing De Wayne Shears (4) count(s) 4. 180 mons impr; 10 yrs supervised release; $100 special assessment , Jdmt Bk 13, p 83; terminating party De Wayne Shears by Judge Mark W. Bennett (cc: all counsel,USM,USP) frmemp (Entered: 03/04/1999) |
| 03/11/1999 | 186 | SHORTHAND NOTES of OCR Kay Carr constituting official record of sentencing on 2/24/99 as to defendant De Wayne Shears frmemp (Entered: 03/11/1999) |
| 03/31/1999 | 190 | CJA Form 20(Appointment of Counsel) attorney David Nadler for WITNESS Shaune Hull has been appointed VOUCHER#: 1005294 (mail CJA20 w/attachments) frmemp (Entered: 04/01/1999) |
| 04/06/1999 | 192 | JUDGMENT w/Marshal's Return executed as to defendant De Wayne Shears (U.S.Penitentiary, Leavenworth, KS) DGE (Entered: 04/06/1999) |
| 04/27/1999 | 213 | CJA Form 20 (Attorney Payment Voucher) as to De Wayne Shears for attorney Brad Driscoll in the amount of $ 3,578.38 VOUCHER#: 1005246 frmemp (Entered: 04/27/1999) |
| 05/26/1999 | 227 | ORDER by Judge Mark W. Bennett as to plaintiff USA granting motion for Extension of Time to Hold Appeal Hearing [226-1] setting on motion for stay & revocation of release order [222-1] TELEPHONIC HEARING set for 10:00 5/28/99 for Earnest Campbell (cc: all counsel) MAP (Entered: 05/28/1999) |

| 06/04/1999 | 233 | TRIAL SCHEDULING AND MANAGEMENT ORDER by Chief Mag Judge John A. Jarvey: Pretrial Motions ddl: (see text) JURY TRIAL: 9:00 9/20/99 for Earnest Campbell w/Judge Bennett Cedar Rapids (cc: all counsel,USM,USP) MJJ (Entered: 06/04/1999) |
| 08/18/1999 | 246 | ORDER by Chief Mag Judge John A. Jarvey as to plaintiff USA granting motion for writ of habeas corpus ad testificandum for Perry Hooks [245-1] (cc: all counsel,w/writ to USM) MAP (Entered: 08/18/1999) |
| 09/23/1999 | 270 | TRANSCRIPT of change of plea held on 11/5/98 as to defendant De Wayne Shears frmemp (Entered: 09/23/1999) |
| 10/29/1999 | | REMARK - "Client Notebooks Entered into System for Deft Michael Burns and Witness Shaune Hull. Computer Generated Vouchers for attorneys Tom Frerichs and David Nadler Destroyed" DGE (Entered: 10/29/1999) |
| 11/08/1999 | 284 | TRANSCRIPT of sentencing held on 2/24/99 as to defendant De Wayne Shears frmemp (Entered: 11/08/1999) |
| 01/10/2000 | 326 | BRIEF IN SUPPORT of motion for reconsideration to the court's ruling on the motion in limine [321-1] DGE (Entered: 01/11/2000) |
| 02/03/2000 | 336 | PROTECTIVE RULE 35 MOTION for reduction of sentence (RULE 35) by plaintiff USA assigned to Chief Judge Mark W. Bennett as to defendant De Wayne Shears frmemp (Entered: 02/03/2000) |
| 04/18/2000 | 358 | CJA Form 20(Appointment of Counsel) for defendant De Wayne Shears attorney Raphael M Scheetz III has been appointed as deft is witness VOUCHER#: 20-000418000090 (mail CJA20 w/attachments and copy of file) frmemp (Entered: 04/19/2000) |
| 04/20/2000 | 370 | APPEARANCE for defendant De Wayne Shears by Attorney Ray Scheetz DGE (Entered: 04/20/2000) |
| 06/16/2000 | 381 | Motion to set hearing by USA as to defendant De Wayne Shears assigned to Chief Judge Mark W. Bennett frmemp (Entered: 06/19/2000) |
| 06/22/2000 | 384 | ORDER by Chief Judge Mark W. Bennett as to defendant De Wayne Shears granting motion to set telephonic hearing [381-1], setting hearing on motion for reduction of sentence (RULE 35) [336-1] for 11:00 7/12/00 for De Wayne Shears (cc: all counsel,USM,USP) frmemp (Entered: 06/22/2000) |
| 07/13/2000 | 386 | CLERK'S COURT MINUTES: as to defendant De Wayne Shears before Chief Judge Mark W. Bennett on motion for reduction of sentence (RULE 35) [336-1] granting motion for reduction of sentence (RULE 35) [336-1] COURT REPORTER Shelly Semmler frmemp (Entered: 07/13/2000) |
| 07/13/2000 | 387 | AMENDED JUDGMENT ISSUED amending judgment [179-3] as to defendant De Wayne Shears by Chief Judge Mark W. Bennett JUDGMENT BOOK 18 ENTRY 91; 135 mons impr; 10 yrs supervised release; $100 special assessment (cc: all counsel,USM,USP) frmemp |

| | | |
|---|---|---|
| | | (Entered: 07/13/2000) |
| 07/13/2000 | 388 | WAIVER OF RIGHT TO APPEAR by defendant De Wayne Shears frmemp (Entered: 07/14/2000) |
| 08/09/2000 | 398 | EXHIBIT/WITNESS LIST by plaintiff USA MAP (Entered: 08/10/2000) |
| 09/26/2000 | 410 | CJA Form 20 (Attorney Payment Voucher) as to De Wayne Shears for attorney Raphael Scheetz in the amount of $ 644.17 VOUCHER#: 20-000418000090 frmemp (Entered: 09/26/2000) |
| 11/07/2000 | 423 | CJA Form 20 (Attorney Payment Voucher) for attorney David Nadler in the amount of $ 1,303.15 as to witness Shaune Hull VOUCHER#: 1005294 frmemp (Entered: 11/07/2000) |
| 12/01/2000 | | (Court only) Docket Modification (Utility) as to defendant Eararick Thurmon, defendant Deea Maxwell, defendant Iassac White, defendant De Wayne Shears, defendant Freida Harris, defendant Michael Burns, defendant Earnest Campbell, plaintiff USA finding the motion to w/draw request for jury instruction on entrapment [322-1] moot, finding the motion for reconsideration to the court's ruling on the motion in limine [321-1] moot, finding the motion to Waive Jury [320-1] moot, finding the motion to waive jury [307-1] moot, finding the motion for addl expenses for investigator [208-1] moot, finding the motion to exclude time [135-1] moot per Robert Johnson, Judge Bennett's law clerk frmemp (Entered: 12/01/2000) |
| 02/15/2001 | 441 | DESIGNATION OF RECORD requested by USA RE: [439-1] as to Eararick Thurmon frmemp (Entered: 02/16/2001) |
| 04/11/2001 | 458 | JUDGMENT as to Earnest Campbell sentencing Earnest Campbell (7) count(s) 2. 36 mons impr; 3 yrs supervised release; $100 special assessment , case terminated as to defendant Eararick Thurmon, defendant Deea Maxwell, defendant Iassac White, defendant De Wayne Shears, defendant Freida Harris, defendant Michael Burns, defendant Earnest Campbell by Chief Judge Mark W. Bennett SSN: 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 JUDGMENT BOOK 21 ENTRY 5 (cc: all counsel,USM,USP) frmemp (Entered: 04/11/2001) |
| 11/16/2001 | | REMARK Original file (6 volumes), all transcripts and all exhibits re: Eararick Thurmon sent to Court of Appeals, St. Paul, MN per Corrine's request 11/16/01 DLP (Entered: 11/16/2001) |
| 02/19/2002 | 463 | CERTIFIED COPY OF JUDGMENT FROM 8th CIRCUIT reversing and remanding the Decision of the District Court [Appeal [442-1], reversing and remanding the Decision of the District Court as to Eararick Thurmon [Appeal [439-1] DLP Modified on 02/20/2002 (Entered: 02/19/2002) |
| 02/19/2002 | 464 | APPEAL MANDATE from 8th Circuit reversing and remanding for re-sentencing as to Eararick Thurmon DLP Modified on 02/20/2002 (Entered: 02/19/2002) |

| 06/11/2002 | | (Court only) Docket Modification (Utility) (cc: all counsel) PKM (Entered: 06/11/2002) |
|---|---|---|
| 07/01/2002 | | (Court only) Docket Modification (Utility) (cc: all counsel) AIK (Entered: 07/01/2002) |
| 07/02/2004 | ❶487 | MOTION for Return/Destruction of Property/PostTrial *Motion to Dispose of seized items* by United States of America as to Defendant Eararick Thurmon, Deea Maxwell, Iassac White, De Wayne Shears, Freida Harris, Michael Burns, Earnest Campbell. (Reinert, Patrick) (Entered: 07/02/2004) |
| 07/25/2005 | ❶488 | CJA 20 as to Defendant De Wayne Shears: Appointment of Attorney Raphael M Scheetz for DeWayne Shears. Voucher Number: 46290520590. Signed by Clerk on 7/25/05. (nunc pro tunc date 7/20/05) (de) (Entered: 07/25/2005) |
| 06/02/2006 | 493 | (Court only) SEALED MOTION *to file motion for Reduction of Sentence under seal* by United States of America as to Defendant De Wayne Shears. (Attachments: # 1 Motion for Reduction)(Tvedt, Daniel) Modified on 6/5/2006 to edit text (jkh). (Entered: 06/02/2006) |
| 08/16/2006 | ❶ | Case as to Defendant De Wayne Shears reassigned to Judge Linda R Reade. Judge Mark W Bennett no longer assigned to the case. (mem) (Entered: 08/16/2006) |
| 08/16/2006 | ❶495 | ORDER Setting Hearing on 493 SEALED MOTION as to Defendant De Wayne Shears: Motion Hearing set for 9/15/2006 at 10:00 AM CR 3rd Fl Ct for 493. Defendant will attend the hearing via telephone. Defense counsel is to provide the Court with the appropriate telephone number at least 2 days prior to the hearing. Signed by Judge Linda R Reade on 8/16/06. (de) Modified text on 8/17/2006 (ksy, ). (Entered: 08/16/2006) |
| 09/15/2006 | 496 | (Court only) Sealed Document Memorandum Regarding Rule 35(b) Hearing by Defendant De Wayne Shears (Scheetz, Raphael) (Entered: 09/15/2006) |
| 09/15/2006 | ❶497 | Minute Entry for proceedings held before Judge Linda R Reade. Motion Hearing as to Defendant De Wayne Shears held on 9/15/2006 re 493 SEALED MOTION filed by United States of America. 493 Sealed Motion Granted. No order to follow. Defendant participated by telephone. (Court Reporter Tracy Lamp.)(ksy, ) (Entered: 09/15/2006) |
| 09/15/2006 | ❶498 | AMENDED JUDGMENT: 122 months imprisonment on Count 4 of the Indictment; 10 years supervised release on Count 4 of the Indictment; $100 special assessment (paid) (certified copies to USP, USM and Financial) . Signed by Judge Linda R Reade on 9/15/06. (ksy, ) (Entered: 09/15/2006) |
| 09/27/2006 | ❶499 | ORDER denying 487 Motion for Return/Destruction of Property (PostTrial) as to Eararick Thurmon (1), Iassac White (3), De Wayne Shears (4), Freida Harris (5), Michael Burns (6), Earnest |

| | | |
|---|---|---|
| | | Campbell (7). Signed by Judge Linda R Reade on 9/27/06. (de) (Entered: 09/27/2006) |
| 10/16/2006 | ●501 | CJA 20 as to Defendant De Wayne Shears: Authorization to Pay Raphael Scheetz. Amount: $1,437.63, Voucher #46290520590. Signed by Judge Linda R Reade on 10/16/06. (This entry is redocketed as prior Entry #500 was docketed in error showing an incorrect defendant). (Copy to payee).(mj) (Entered: 10/16/2006) |
| 11/17/2006 | ●502 | Amended Judgment Returned Executed as to Defendant De Wayne Shears delivered on 9/26/06 to FCI Cumberland MD. (ksy, ) (Entered: 11/17/2006) |
| 01/22/2007 | ●503 | MOTION for Return/Destruction of Property/PostTrial by United States of America as to Defendant Eararick Thurmon, Deea Maxwell, Iassac White, De Wayne Shears, Freida Harris, Michael Burns, Earnest Campbell. (Reinert, Patrick) (Entered: 01/22/2007) |
| 02/09/2007 | ●504 | ORDER Granting 503 Motion for Return/Destruction of Property (PostTrial) as to Defendants Eararick Thurmon (1), Deea Maxwell (2), Iassac White (3), De Wayne Shears (4), Freida Harris (5), Michael Burns (6) and Earnest Campbell (7). Signed by Judge Mark W Bennett on 02/09/07. (copy to Defense attorneys - certified copy to USA) (kfs) (Entered: 02/09/2007) |
| 04/04/2007 | ●507 | NOTICE OF RECEIPT FOR EXHIBIT(S) as to Defendant Eararick Thurmon, et al.: All Plaintiffs Exhibits received by USA on 4/4/07. (de) (Entered: 04/04/2007) |
| 11/19/2007 | ●510 | Probation Jurisdiction Transferred to Northern District of Illinois as to Defendant De Wayne Shears Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (copy to USP) (de) (Entered: 11/19/2007) |

FILED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

MAR 1 6 1998

CEDAR RAPIDS HQ CTRS. OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        No. CR 98-23 MWB
                               )
      vs.                      )
                               )
EARARICK THURMON a/k/a Iroc, DEEA )
MAXWELL a/k/a Moni, IASSAC WHITE )
a/k/a Big Dick, DE WAYNE SHEARS )
a/k/a Quaker, FREIDA HARRIS, and )
MICHAEL BURNS a/k/a Memphis Mike, )   I, the undersigned Clerk of the United States District
                               )      Court for the Northern District of Iowa, do certify that
                               )      the foregoing is a true copy of an original document
            Defendants.        )      remaining on file and record in my office.
                                      WITNESS my hand and seal of said Court
                                      this ___19___ day of ___NOV___, 20_07_
                                              Robert L. Phelps, Clerk
                    **INDICTMENT**       By _____
                                                    Deputy

The Grand Jury charges:

## COUNT 1

On or about October 26, 1995, in the Northern District of Iowa, Michael Burns

a/k/a Memphis Mike, did knowingly and intentionally possess with intent to distribute

and aid and abet the possession with intent to distribute of a mixture or substance

containing a detectable amount of cocaine base to-wit, approximately 7.23 grams of

cocaine base, commonly called "crack cocaine," a Schedule II controlled substance.

This in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B).

1

## COUNT 2

Between about December 1, 1996 and January 30, 1997, in the Northern District of Iowa, Freida Harris did unlawfully, knowingly, and intentionally manage, control, and maintain and otherwise make available with and without compensation a place, that is, structures at 521 12th Street SE, Cedar Rapids, Iowa; 1581 2nd Avenue SW, Cedar Rapids, Iowa; and 1526 12th Avenue SE, Cedar Rapids, Iowa, for the purpose of distributing and unlawfully using a controlled substance, namely, cocaine base, commonly called "crack cocaine," a Schedule II controlled substance as an owner, lessee and agent of said building, room and enclosure.

This in violation of Title 21, United States Code, § 856.

## COUNT 3

On or about December 10, 1997, Freida Harris did distribute and aid and abet the distribution of approximately 2.34 grams of a mixture or substance containing a detectable amount of cocaine base commonly called "crack cocaine," a Schedule II controlled substance.

This in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

## COUNT 4

Between 1995 and 1997, in the Northern District of Iowa, Eararick Thurmon, Deea Maxwell, Iassac White, De Wayne Shears, Freida Harris, and Michael Burns, did knowingly and unlawfully combine, conspire, confederate and agree with each other

2

and other unknown persons unknown to the Grand Jury to commit the following

offenses against the United States:

1)  Distribution of more than 50 grams of a mixture or substance containing a
    detectable amount of cocaine base commonly called "crack cocaine," a
    Schedule II controlled substance.

2)  Possession with intent to distribute more than 50 grams of a mixture or
    substance containing a detectable amount of cocaine base commonly
    called "crack cocaine," a Schedule II controlled substance.

This in violation of Title 21, United States Code, § 846.

A TRUE BILL

_____
Foreman


_3-16-98_____
                    Date


_Patrick J. Reinert_____
PATRICK J. REINERT
Assistant United States Attorney

3-16-98

3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| **V.** | |
| **DEWAYNE SHEARS** | Case Number: **CR 98-23-4-LRR** |
| | USM Number: **11026-424** |

**Date of Original Judgment:  July 12, 2000**
(Or Date of Last Amended Judgment)

**Raphael M. Scheetz, III, Attorney at Law**
Defendant's Attorney

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

■ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(c))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant  ☐ 28 U.S.C. § 2255 or  ☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C. § 3664)

**Asterisks (*) denote changes from Original Judgment**

## THE DEFENDANT:

■ pleaded guilty to count(s)  **4 of the four-count 03/16/1998 Indictment**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Crack Cocaine | 1997 | 4 |

The defendant is sentenced as provided in pages 2 through _____**6**_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____  ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**September 15, 2006**
Date of Imposition of Judgment

Signature of Judge

**Linda R. Reade , U.S. District Court Judge**
Name and Title of Judge

*September 15 2006*
Date

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this ____ day of ____NOV____, 20_07_

Robert L. Phelps, Clerk

By _____
Deputy

DEFENDANT:       **DEWAYNE SHEARS**
CASE NUMBER:     **CR 98-23-4-LRR**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    **\*122 months on Count 4 of the Indictment**.

■  The court makes the following recommendations to the Bureau of Prisons:

**That the defendant participate in the BOP Intensive Drug Treatment Program and any available anger management programs. The Court also recommends placement as close to Chicago, Illinois, as possible.**

■  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____   ☐ a.m.   ☐ p.m.   on _____ .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:    **DEWAYNE SHEARS**
CASE NUMBER:    **CR 98-23-4-LRR**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :   **10 years on Count 4 of the Indictment.**

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

      The defendant shall not commit another federal, state, or local crime.

      The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

■   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

■   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

AO 245C    (Rev. 12/03) Amended Judgment in a Criminal Case
             Sheet 3C · · Supervised Release

(NOTE: Identify Changes with Asterisks (*))

Judgment—Page ___4___ of ___6___

DEFENDANT:        **DEWAYNE SHEARS**
CASE NUMBER:      **CR 98-23-4-LRR**

## SPECIAL CONDITIONS OF SUPERVISION

1.    The defendant shall participate in a program of testing bodily fluids and functions and treatment for drug and alcohol abuse as directed by his probation officer until such time as he is released from the program by his probation officer.

2.    The defendant is prohibited from the use of alcohol and is prohibited from frequenting bars, taverns, or other establishments whose primary source of income is derived from the sale of alcohol.

AO 245C    (Rev. 12/03) Amended Judgment in a Criminal Case
    Sheet 5 — Criminal Monetary Penalties

(NOTE: Identify Changes with Asterisks (*))

Judgment — Page __5__ of __6__

DEFENDANT:    **DEWAYNE SHEARS**
CASE NUMBER:    **CR 98-23-4-LRR**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100 *(paid) | $ 0 | $ 0 |

☐    The determination of restitution is deferred until_____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐    The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ _____ | $ _____ | |

☐    Restitution amount ordered pursuant to plea agreement    $ _____

☐    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐    The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐  the interest requirement is waived for    ☐  fine    ☐  restitution.

    ☐  the interest requirement for the    ☐  fine    ☐  restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C    (Rev. 12/03) Amended Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

(NOTE: Identify Changes with Asterisks (*))

Judgment — Page   __6__   of   __6__

DEFENDANT:    **DEWAYNE SHEARS**
CASE NUMBER:    **CR 98-23-4-LRR**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A    ☐    Lump sum payment of $ _____ due immediately, balance due

     ☐   not later than _____ , or
     ☐   in accordance with   ☐ C,    ☐ D,    ☐ E, or    ☐ F below; or

B    *☐   Payment to begin immediately (may be combined with   ☐ C,      ☐ D, or    ☐ F below); or

C    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
     term of supervision; or

E    ☐    Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
     imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    ☐    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.